# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TUREA L. DACY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. _____ |
| ANCAIRE CO. and AMY McFARREN | ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

Plaintiff Turea L. Dacy, through counsel Donald N. Peterson II and Nathan R. Elliott of Graybill & Hazlewood, LLC, states and alleges as follows for her cause of action against Defendants Ancaire Co. and Amy McFarren:

1. Plaintiff Dacy is a citizen of the state of Kansas. Her written consent to join this action is attached as Exhibit "A."

2. Defendant Ancaire Co.is a Kansas for profit corporation organized and existing under the laws of the State of Kansas. Ancaire Co may be served with process through service upon its resident agent, Amy McFarren, at its registered office, 155 N Market, Wichita, KS 67202.

3. Defendant Amy McFarren is a citizen of the State of Kansas. She is the principal owner of Ancaire and actively manages the business. This management by McFarren includes decisions about employee compensation.

4. Ancaire Co is engaged in the business of providing home health care services to the enderly and others who need such services.

5. Plaintiff Dacy worked for Ancaire Co for approximately the latter 6 months calendar year of 2015. Dacy was an "In Home Caregiver" performing home health and companionship services for customers of Ancaire Co. Her rate of pay was $8.50 per hour.

6. Dacy regularly worked more than 40 hours each week. Indeed, she frequently worked between 50 and 60 hours each week. Ancaire Co did not pay any overtime premium.

7. Ancaire was Dacy' employer within the meaning of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq.

8. Dacy was Ancaire's employee, as that term is defined in the FLSA.

9. Throughout Dacy' employment with Ancaire, the company regularly had more than $500,000.00 per year in gross receipts. Ancaire is therefore required to follow the FLSA.

10. Dacy was a non-exempt employee of Ancaire.

11. Ancaire did not pay Dacy on a salary basis.

12. Ancaire violated the FLSA by failing to pay Dacy overtime compensation.

13. Ancaire's violations of the FLSA was willful.

14. Dacy has been damaged by Ancaire's illegal conduct.

WHEREFORE, Plaintiff Turea Dacy prays that judgment be entered in her favor, and against Defendant Ancaire Co, for unpaid compensation, damages, liquidated damages, penalties, attorneys fees, expenses, and for all such other and further relief as the Court deems necessary, just, and proper.

**Plaintiff Turea Dacy hereby demands trial by jury.**

**Plaintiff Turea Dacy designates Wichita, Kansas as the place of trial.**

Dated: June 21, 2017.

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

    /s/ Donald N. Peterson
Donald N. Peterson, II, #13805
Nathan R. Elliott, #24657
218 N. Mosley St.
Wichita, KS 67202
(316) 266-4058 (phone)
(316) 462-5566 (facsimile)
don@graybillhazlewood.com
nathan@graybillhazlewood.com
*Attorneys for Plaintiff*